**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL CLAYTON PERKINS,                   )        NO. CV 13-04583-VBF (MAN)
                                           )
          Petitioner,                      )
                                           )
    v.                                     )        JUDGMENT
                                           )
H. LACKER (WARDEN),                        )
                                           )
          Respondent.                      )
_____)

      Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED: September 20, 2013

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE